

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Milton Rolando Paz v. The State of Texas

Appellate case number:   01-15-00979-CR

Trial court case number: 1296569

Trial court:             351st District Court of Harris County

       It is ORDERED that the motion for en banc reconsideration is denied.

Judge's signature: /s/ Laura C. Higley
                Acting for the Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Date:  June 5, 2018